UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Richard Merrick, M.D.,
    Plaintiff

   v.                                  Case No. 10-cv-55-SM

Littleton Hospital Association
d/b/a Littleton Regional Hospital,
Warren West, and Linda Gilmore,
    Defendants

### **O R D E R**

Re: (Document No. 18), Defendants' "Daubert Motion" to Exclude Unreliable and Irrelevant Testimony of Dr. Mort Doran

   Ruling: Denied, without prejudice to renewing at the time of trial. Defendants' motion and supporting memorandum discloses that the witness, Dr. Doran, is expected to offer opinion testimony to the effect that ". . . a physician is capable of functioning with Tourette's syndrome, a premise the Defendants do not dispute and which is not in issue in this case." While defendants do go on to seemingly dispute the premise, accepting that defendants agree that a physician is capable of functioning with Tourette's syndrome, and to the extent Dr. Doran's expected opinion is not an issue, defendants are free to concede the point (but plaintiff of course remains able to present his case as he deems best, within reason and subject to the court's control). But, more importantly, there is no reason to exclude opinion

testimony pursuant to Daubert that defendants do not contest. Whether the expected opinion is relevant, a different matter, can be determined at trial when the evidentiary context is clear.

_____
Steven J. McAuliffe
Chief Judge

March 23, 2011

cc: David P. Slawsky, Esq.
    David W. McGrath, Esq.
    Edward M. Kaplan, Esq.